

# IN THE
# TENTH COURT OF APPEALS

### No. 10-24-00029-CV

**DANIEL RYAN NORTON,**

**Appellant**

 **v.**

**MELISSA LYNN NORTON,**

**Appellee**

---

**From the County Court at Law**
**Coryell County, Texas**
**Trial Court No. CCL-23-55188**

---

## MEMORANDUM OPINION

---

Appellant, Daniel Ryan Norton, filed his notice of appeal on January 31, 2024 challenging the Final Decree of Divorce rendered in the trial court. On that date, Appellant was notified that a docketing statement is required to be completed and returned to this Court. The required docketing statement was not received. *See* TEX. R. APP. P. 32.1. By letter dated March 4, 2024, the Clerk of this Court notified Appellant that

the docketing statement has not been filed and warned that the Court would dismiss the appeal if a docketing statement was not filed within twenty-one days. *See id.* at R. 42.3(c).

More than twenty-one days have passed, and we have not received the docketing statement. Accordingly, we dismiss this appeal. *See id.* at R. 32.1, 42.3(c); *see also Hensley v. W.M. Specialty Mortg., LLC,* No. 10-05-00322-CV, 2005 Tex. App. LEXIS 9614, at *1-2 (Tex. App.—Waco Nov. 16, 2005, no pet.) (mem. op.) (dismissing an appeal for failure to file a docketing statement).

STEVE SMITH
Justice

Before Chief Justice Gray,
    Justice Johnson, and
    Justice Smith
Appeal dismissed
Opinion issued and filed April 4, 2024
[CV06]

